In the Matter of the Accounting of MARTIN J. KEOGH et al., as Trustees under the Will of DAVID JONES, Deceased.

WALTER D. STARR, Individually and as Administrator of the Estate of MARY C. D. STARR et al., Appellants; JULIA D. HAVILAND et al., Respondents.

*Matter of Keogh,* 126 App. Div. 937, affirmed.
(Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

May 12, 1908, which affirmed a decree of the Westchester County Surrogate's Court judicially settling the accounts of the trustees herein and directing distribution of the trust estate.

*Barclay E. V. McCarty* for appellants.

*James L. Bishop, Charles M. Cannon* and *Wilfrid N. O'Neil* for respondents.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.